**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE T. CARR, | Case No. CV 13-3708 RGK (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: October 16, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE